**No. 60453.**—Manca, Inc. *v.* United States, protest 264229–K (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protest was dismissed, and the matter was remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).

JANUARY 18, 1957

**No. 60454.**—Ebeling & Reuss Company *v.* United States, protests 146559–K, etc.—

Plaintiff's application for rehearing granted to amend and correct decision.   Rehearing denied on all other grounds.   [Abstract 60263 corrected accordingly.]

JANUARY 15, 1957

**No. 60455.**—SUIT 4861.—United States *v.* Page N. Goffigon.—

C. D. 1722 reversed June 20, 1956.   C. A. D. 625.

BEFORE THE SECOND DIVISION, JANUARY 22, 1957

**No. 60456.**—Glensder Textile Corp. et al. *v.* United States, protests 275658–K, etc (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.